**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN THE MATTER OF:                                              Case No. 15-00060-dd
JAMES HARDY COLEMAN JR
1254 MCCORMICK HWY
SALUDA, SC  29138

SS No.: XXX-XX-4867

**ORDER TO PAY TRUSTEE**

Upon representation of the trustee, or other interested party, the court finds that:

The above named debtor has pending in this court a proceeding for a wage earner's plan under chapter 13 of the bankruptcy code and pursuant of the provisions of said statute and of the debtor's plan, the debtor has submitted all future earnings and wages to the esxclusive jurisdiction of this court for all the purpose of completing the plan; and

That under the provisions of Section 1325(b) of the Bankruptcy Code, 11 USC Sec. 1325(b), any entity from whom the debtor receives income may be required, upon the order of this court, to pay over all or any part of such income to the trustee and that such order is necessary and proper.

Now, therefore, **IT IS ORDERED,** that, until further order of this court, the following entity

KRAFT FOODS GLOBAL
THREE LAKES DRIVE
PAYROLL DEPT
NORTHFIELD, IL  60093

shall submit the sum of $314.00 per month through payroll deduction in equal installments according to the number of pay periods in a given month; and to deduct this amount for 60 months including any period for which the debtor receives periodic, or lump sum payment for vacation, termination, disability, or other benefits and to remit the sums so deducted to the trustee:

Joy S. Goodwin, Chapter 13 Trustee
PO Box 63339
Charlotte, NC 28263-3339

**IT IS FURTHER ORDERED** that the employer shall notify the trustee if the employment of the debtor is terminated.

**IT IS FURTHER ORDERED** that this Order supersedes any previous Orders, except previous Family Court support orders which shall continue in full force and effect.